J. EDWARD KERLEY (SBN 175695)
DYLAN L. SCHAFFER (SBN 153612)
CHRISTOPHER CARLING (SBN 254166)
KERLEY SCHAFFER LLP
1939 Harrison Street #500
Oakland, CA 94612
Telephone: (510) 379-5801
Facsimile: (510) 228-0350

Attorneys for Plaintiff
ALLEN LINK


NICHOLAS J. BOOS (SBN 233399)
nboos@maynardcooper.com
NORMAN LAU (SBN 253690)
nlau@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 646-4700
Facsimile: (205) 254-1999

Attorney for Defendants
SAFECO INSURANCE COMPANY OF AMERICA and
LIBERTY MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN LINK, an individual, | CASE NO. 2:19-cv-00308-TLN-AC |
| Plaintiff, | **JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER** |
| vs. | |
| SAFECO INSURANCE COMPANY OF AMERICA, a corporation, LIBERTY MUTUAL INSURANCE COMPANY, a corporation, and DOES 1 through 10, | |
| Defendants. | |

1

**JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**

WHEREAS, Plaintiff Allen Link ("Plaintiff") filed his complaint in this action on February 19, 2019 (ECF 2.);

WHEREAS, on February 19, 2019, the Court issued its Initial Pretrial Scheduling Order ("Scheduling Order") (ECF 4.)

WHEREAS, Defendants Safeco Insurance Company of America and Liberty Mutual Insurance Company ("Defendants") filed their answer to the complaint on June 18, 2019 (ECF 11.);

WHEREAS, under the terms of the Court's Scheduling Order, the deadlines in this case are calculated based on the date the answer was filed;

WHEREAS, the present deadlines in this case are as follows:

| | |
|---|---|
| Fact Discovery Cut Off: | February 13, 2020 |
| Expert Disclosures (60 days after discovery cut off): | April 13, 2020 |
| Rebuttal Expert Disclosures (30 days after expert disclosures): | May 13, 2020 |
| Deadline to Inform Court of no Dispositive Motions (120 days after close of discovery): | June 12, 2020 |
| Deadline to file Dispositive Motions (180 days after close of discovery): | August 11, 2020 |

WHEREAS, due the trial calendars of counsel for Plaintiff and Defendants, and the location and availability of witness, including possibly out of state witnesses, the parties do not believe they will be able to complete all depositions in the case by February 13, 2020;

WHEREAS, the parties are also exploring potential resolution of the case and would like additional time to possibly negotiate an informal settlement prior to completing discovery;

WHEREAS, good cause exists to modify the Scheduling Order because the parties require additional time to complete discovery to adequately prepare for trial and because further litigation could be avoided if the parties are able to resolve the matter informally;

WHEREAS, the parties have not requested any prior modification of the Scheduling Order and any successful efforts to resolve the case may result in freeing up the Court's calendar;

2
**JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**

THEREFORE, the parties, by and through their respective counsel of record, agree and stipulate to modify the scheduling order as follows:

| | |
|---|---|
| Fact Discovery Cut Off: | June 12, 2020 |
| Expert Disclosures (60 days after discovery cut off): | August 11, 2020 |
| Rebuttal Expert Disclosures (30 days after expert disclosures): | September 10, 2020 |
| Deadline to Inform Court of no Dispositive Motions (120 days after close of discovery): | October 9, 2020 |
| Deadline to file Dispositive Motions (180 days after close of discovery): | December 8, 2020 |

IT IS SO STIPULATED.

DATED: January 21, 2020　　　　KERLEY SCHAFFER LLP

By: /s/ Dylan Schaffer
　　EDWARD KERLEY
　　DYLAN SCHAFFER
　　CHRISTOPHER CARLING

　　Attorneys for Plaintiff ALLEN LINK

DATED: January 21, 2020　　　　MAYNARD COOPER & GALE LLP

By: /s/ Norman Lau
　　NICHOLAS J. BOOS
　　NORMAN LAU

　　Attorneys for Defendants SAFECO
　　INSURANCE COMPANY OF AMERICA
　　and LIBERTY MUTUAL INSURANCE
　　COMPANY

**JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

DATED: January 21, 2020

_____
Troy L. Nunley
United States District Judge