J. EDWARD KERLEY (SBN 175695)
DYLAN L. SCHAFFER (SBN 153612)
CHRISTOPHER CARLING (SBN 254166)
KERLEY SCHAFFER LLP
1939 Harrison Street #500
Oakland, CA 94612
Telephone: (510) 379-5801
Facsimile: (510) 228-0350

Attorneys for Plaintiff
ALLEN LINK

NICHOLAS J. BOOS (SBN 233399)
nboos@maynardcooper.com
NORMAN LAU (SBN 253690)
nlau@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 646-4700
Facsimile:  (205) 254-1999

Attorney for Defendants
SAFECO INSURANCE COMPANY OF AMERICA and
LIBERTY MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN LINK, an individual, | CASE NO.  2:19-cv-00308-TLN-AC |
| Plaintiff, | **JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER** |
| vs. | |
| SAFECO INSURANCE COMPANY OF AMERICA, a corporation, LIBERTY MUTUAL INSURANCE COMPANY, a corporation, and DOES 1 through 10, | |
| Defendants. | |

**JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**

Plaintiff Allen Link ("Plaintiff") and Defendants Safeco Insurance Company of America and Liberty Mutual Insurance Company ("Defendants") respectfully submit this stipulation and proposed order to modify the Scheduling Order due to their current inability to complete discovery in light of the coronavirus situation and shelter in place order issued by the Governor of the State of California.

WHEREAS, Plaintiff filed his complaint in this action on February 19, 2019 (ECF 2);

WHEREAS, on February 19, 2019, the Court issued its Initial Pretrial Scheduling Order ("Scheduling Order") (ECF 4);

WHEREAS, Defendants filed their answer to the complaint on June 18, 2019 (ECF 11);

WHEREAS, under the terms of the Court's Scheduling Order, the deadlines in this case are calculated based on the date the answer was filed;

WHEREAS, the initial deadlines in this case were as follows:

| | |
|---|---|
| Fact Discovery Cut Off: | February 13, 2020 |
| Expert Disclosures (60 days after discovery cut off): | April 13, 2020 |
| Rebuttal Expert Disclosures (30 days after expert disclosures): | May 13, 2020 |
| Deadline to Inform Court of no Dispositive Motions (120 days after close of discovery): | June 12, 2020 |
| Deadline to file Dispositive Motions (180 days after close of discovery): | August 11, 2020 |

WHEREAS, due the trial calendars of counsel for Plaintiff and Defendants, and the location and availability of witness, including possibly out of state witnesses, the parties did not believe they would be able to complete all depositions in the case by February 13, 2020 and so on January 21, 2020, they stipulated to modify the scheduling order (ECF 14);

WHEREAS, on January 22, 2020, the Court granted the stipulation and ordered the case schedule to be as follows:

| | |
|---|---|
| Fact Discovery Cut Off: | June 12, 2020 |

**JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**

| | |
|---|---|
| Expert Disclosures (60 days after discovery cut off): | August 11, 2020 |
| Rebuttal Expert Disclosures (30 days after expert disclosures): | September 10, 2020 |
| Deadline to Inform Court of no Dispositive Motions (120 days after close of discovery): | October 9, 2020 |
| Deadline to file Dispositive Motions (180 days after close of discovery): | December 8, 2020 |

WHEREAS, after the Court's order modifying the scheduling order was entered, on March 16, 2020, six San Francisco Bay Area Counties issued a shelter in place order  (the "COVID Order") that was later extended to the entire state of California by Governor Gavin Newsom on March 19, 2020 for an indefinite duration;

WHEREAS, the pandemic and COVID Order, which requires all Californians to stay in their homes with limited exceptions, impeded the parties' ability to conduct discovery including scheduling and taking depositions and performing a site inspection of Plaintiff's property, so the parties requested a further modification of the schedule order;

WHEREAS, on April 3, 2020, the parties further stipulated to modify the scheduling order in light of the uncertainties caused by the pandemic and the COVID order (ECF 16.);

WHEREAS, on April 6, 2020, the Court granted the stipulation and ordered the case schedule to be as follows (ECF 17.);

| | |
|---|---|
| Fact Discovery Cut Off: | October 9, 2020 |
| Expert Disclosures (60 days after discovery cut off): | December 8, 2020 |
| Rebuttal Expert Disclosures (30 days after expert disclosures): | January 7, 2021 |
| Deadline to Inform Court of no Dispositive Motions (120 days after close of discovery): | February 5, 2021 |
| Deadline to file Dispositive Motions (180 days after close of discovery): | April 7, 2021 |

3

**JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**

WHEREAS, the coronavirus pandemic has continued to persist and spike in the State of California, resulting in continuing shut down orders across the state that have impeded the parties' efforts to complete discovery, including conducting a site inspection and depositions;

WHEREAS, due to the coronavirus pandemic and the COVID Order, the parties have only recently agreed to conduct the site inspection on August 25, 2020 and thereafter schedule depositions;

WHEREAS, in light of the foregoing, the parties agree that it is unlikely the parties will be able to complete all discovery by the October 9, 2020 discovery cut off due to the complications and delay burdening the discovery process as a result of the coronavirus pandemic and the COVID Order;

WHEREAS, extending the discovery deadlines in this case to allow sufficient time to complete depositions and a property inspection and to complete expert discovery would impact other dates set by the Court, including the deadline to file dispositive motions;

WHEREAS, good cause exists to modify the scheduling order because the parties are unable to complete discovery to adequately prepare for trial in light of the exigencies caused by the coronavirus pandemic and the COVID Order;

THEREFORE, the parties, by and through their respective counsel of record, agree and stipulate to modify the scheduling order as follows:

| | |
|---|---|
| Fact Discovery Cut Off: | December 9, 2020 |
| Expert Disclosures (60 days after discovery cut off): | February 8, 2021 |
| Rebuttal Expert Disclosures (30 days after expert disclosures): | March 10, 2021 |
| Deadline to Inform Court of no Dispositive Motions (120 days after close of discovery): | April 8, 2021 |
| Deadline to file Dispositive Motions (180 days after close of discovery): | June 7, 2021 |

In the alternative, the parties request that the Court vacate the Scheduling Order and set a case management conference in 60 to 90 days to determine a revised schedule once the coronavirus situation has stabilized.

**JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**

1     IT IS SO STIPULATED.

2  DATED:  August 17, 2020         KERLEY SCHAFFER LLP

3

4                        By: /s/ Christopher Carling
                            EDWARD KERLEY

5                            DYLAN SCHAFFER
                            CHRISTOPHER CARLING

6                        Attorneys for Plaintiff ALLEN LINK

7

8

9  DATED: August 17, 2020         MAYNARD COOPER & GALE LLP

10

11                     By: /s/ Norman Lau
                            NICHOLAS J. BOOS

12                            NORMAN LAU

13                        Attorneys for Defendants SAFECO
                        INSURANCE COMPANY OF AMERICA

14                        and LIBERTY MUTUAL INSURANCE
                        COMPANY

15

16

17     Pursuant to Stipulation, and good cause appearing, IT IS ORDERED that the scheduling order in

18  this case be modified as follows:

19         Fact Discovery Cut Off:          December 9, 2020

20         Expert Disclosures (60 days after discovery   February 8, 2021

21         cut off):

22         Rebuttal Expert Disclosures (30 days after   March 10, 2021

23         expert disclosures):

24         Deadline to Inform Court of no Dispositive   April 8, 2021

25         Motions (120 days after close of discovery):

26         Deadline to file Dispositive Motions (180    June 7, 2021

27         days after close of discovery):

28

**JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**

DATED:  August 18, 2020

_____
Troy L. Nunley
United States District Judge

**JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**