J. EDWARD KERLEY (SBN 175695)
DYLAN L. SCHAFFER (SBN 153612)
CHRISTOPHER CARLING (SBN 254166)
KERLEY SCHAFFER LLP
1939 Harrison Street #500
Oakland, CA 94612
Telephone: (510) 379-5801
Facsimile: (510) 228-0350

Attorneys for Plaintiff
ALLEN LINK

NICHOLAS J. BOOS (SBN 233399)
nboos@maynardcooper.com
NORMAN LAU (SBN 253690)
nlau@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 646-4700
Facsimile:  (205) 254-1999

Attorney for Defendants
SAFECO INSURANCE COMPANY OF AMERICA and
LIBERTY MUTUAL INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLEN LINK, an individual, | CASE NO.  2:19-cv-00308-TLN-AC |
| Plaintiff, | **JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER** |
| vs. | |
| SAFECO INSURANCE COMPANY OF AMERICA, a corporation, LIBERTY MUTUAL INSURANCE COMPANY, a corporation, and DOES 1 through 10, | |
| Defendants. | |

---

1

**JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**

Plaintiff Allen Link ("Plaintiff") and Defendants Safeco Insurance Company of America and Liberty Mutual Insurance Company ("Defendants") respectfully submit this stipulation and proposed order to modify the Scheduling Order.

WHEREAS, Plaintiff filed his complaint in this action on February 19, 2019 (ECF 2);

WHEREAS, on February 19, 2019, the Court issued its Initial Pretrial Scheduling Order ("Scheduling Order") (ECF 4);

WHEREAS, Defendants filed their answer to the complaint on June 18, 2019 (ECF 11);

WHEREAS, under the terms of the Court's Scheduling Order, the deadlines in this case are calculated based on the date the answer was filed;

WHEREAS, the initial deadlines in this case were as follows:

| | |
|---|---|
| Fact Discovery Cut Off: | February 13, 2020 |
| Expert Disclosures (60 days after discovery cut off): | April 13, 2020 |
| Rebuttal Expert Disclosures (30 days after expert disclosures): | May 13, 2020 |
| Deadline to Inform Court of no Dispositive Motions (120 days after close of discovery): | June 12, 2020 |
| Deadline to file Dispositive Motions (180 days after close of discovery): | August 11, 2020 |

WHEREAS, due the trial calendars of counsel for Plaintiff and Defendants, and the location and availability of witness, including out of state witnesses, the parties did not believe they would be able to complete all depositions in the case by February 13, 2020 and so on January 21, 2020, they stipulated to modify the scheduling order (ECF 14);

WHEREAS, on January 22, 2020, the Court granted the stipulation and modified the case schedule (ECF 15.);

WHEREAS, after the Court's order modifying the scheduling order was entered, on March 16, 2020, six San Francisco Bay Area Counties issued a shelter in place order (the "COVID Order") that

2
**JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**

1  was later extended to the entire state of California by Governor Gavin Newsom on March 19, 2020 for
2  an indefinite duration due to the coronavirus pandemic;
3       WHEREAS, the coronavirus pandemic and COVID Order, which requires all Californians to
4  stay in their homes with limited exceptions, impeded the parties' ability to conduct discovery including
5  scheduling and taking depositions and performing a site inspection of Plaintiff's property, so the parties
6  requested a further modification of the schedule order;
7       WHEREAS, on April 3, 2020, the parties further stipulated to modify the scheduling order in
8  light of the uncertainties caused by the pandemic and the COVID order (ECF 16.);
9       WHEREAS, on April 6, 2020, the Court granted the stipulation and ordered the case schedule
10 to be again modified (ECF 17.);
11      WHEREAS, the coronavirus pandemic continued to persist and spike in the State of California,
12 resulting in continuing shut down orders across the state that impeded the parties' efforts to complete
13 discovery, including conducting a site inspection of Plaintiff's property and depositions;
14      WHEREAS, due to the inability to conduct a site inspection of Plaintiff's property, the parties
15 again stipulated to extend the discovery deadlines in this action on August 17, 2020 (ECF 17.);
16      WHEREAS, on August 18, 2020, the Court granted the parties' stipulation and modified the
17 case schedule as follows:

| | |
|---|---|
| Fact Discovery Cut Off: | December 9, 2020 |
| Expert Disclosures (60 days after discovery cut off): | February 8, 2021 |
| Rebuttal Expert Disclosures (30 days after expert disclosures): | March 10, 2021 |
| Deadline to Inform Court of no Dispositive Motions (120 days after close of discovery): | April 8, 2021 |
| Deadline to file Dispositive Motions (180 days after close of discovery): | June 7, 2021 |

27      WHEREAS, the parties have subsequently been able to complete the site inspection of
28 Plaintiff's property and additional discovery since the Court's August 18, 2020 order;

3
**JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**

WHEREAS, the parties now wish to engage in settlement discussions prior to completing the remaining discovery in this case, which was not possible prior to completing the site inspection of Plaintiff's property, which had been repeatedly delayed due to the coronavirus pandemic;

WHEREAS, the parties agree that extending the discovery deadlines in this case would allow sufficient time to explore alternative dispute resolution options without incurring the remaining discovery costs;

WHEREAS, the upcoming holiday season and the continuing coronavirus pandemic has and will affect scheduling issues remaining in the case;

WHEREAS, extending the discovery deadlines in this case by 60 days will allow sufficient time to attempt alternative dispute resolution and complete discovery;

WHEREAS, extending the discovery deadlines in this case would not impact any hearing dates set by the Court, but would impact other dates set by the Court, including the deadline to file dispositive motions;

WHEREAS, good cause exists to modify the scheduling order because judicial economy would be served by allowing the parties sufficient time to explore alternative dispute resolution;

THEREFORE, the parties, by and through their respective counsel of record, agree and stipulate to modify the scheduling order as follows:

| | |
|---|---|
| Fact Discovery Cut Off: | February 8, 2021 |
| Expert Disclosures (60 days after discovery cut off): | April 9, 2021 |
| Rebuttal Expert Disclosures (30 days after expert disclosures): | May 10, 2021 |
| Deadline to Inform Court of no Dispositive Motions (120 days after close of discovery): | June 8, 2021 |
| Deadline to file Dispositive Motions (180 days after close of discovery): | August 9, 2021 |

**JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**

IT IS SO STIPULATED.

DATED: December 3, 2020     KERLEY SCHAFFER LLP

By: /s/ Christopher Carling
     EDWARD KERLEY
     DYLAN SCHAFFER
     CHRISTOPHER CARLING

     Attorneys for Plaintiff ALLEN LINK

DATED: December 3, 2020     MAYNARD COOPER & GALE LLP

By: /s/ Norman Lau
     NICHOLAS J. BOOS
     NORMAN LAU

     Attorneys for Defendants SAFECO
     INSURANCE COMPANY OF AMERICA
     and LIBERTY MUTUAL INSURANCE
     COMPANY

Pursuant to Stipulation, and good cause appearing, IT IS ORDERED that the scheduling order in this case be modified as follows:

| | |
|---|---|
| Fact Discovery Cut Off: | February 8, 2021 |
| Expert Disclosures (60 days after discovery cut off): | April 9, 2021 |
| Rebuttal Expert Disclosures (30 days after expert disclosures): | May 10, 2021 |
| Deadline to Inform Court of no Dispositive Motions (120 days after close of discovery): | June 8, 2021 |
| Deadline to file Dispositive Motions (180 days after close of discovery): | August 9, 2021 |

DATED: December 3, 2020

Troy L. Nunley
United States District Judge

5
**JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**