J. EDWARD KERLEY (SBN 175695)
DYLAN L. SCHAFFER (SBN 153612)
CHRISTOPHER CARLING (SBN 254166)
KERLEY SCHAFFER LLP
1939 Harrison Street #500
Oakland, CA 94612
Telephone: (510) 379-5801
Facsimile: (510) 228-0350

Attorneys for Plaintiff
ALLEN LINK

NICHOLAS J. BOOS (SBN 233399)
nboos@maynardcooper.com
NORMAN LAU (SBN 253690)
nlau@maynardcooper.com
MAYNARD, COOPER & GALE, LLP
600 Montgomery Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 646-4700
Facsimile:  (205) 254-1999

Attorney for Defendants
SAFECO INSURANCE COMPANY OF AMERICA and
LIBERTY MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN LINK, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a corporation, LIBERTY MUTUAL INSURANCE COMPANY, a corporation, and DOES 1 through 10,<br><br>    Defendants. | CASE NO.  2:19-cv-00308-TLN-AC<br><br>**JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER** |

1

**JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**

Plaintiff Allen Link ("Plaintiff") and Defendants Safeco Insurance Company of America and Liberty Mutual Insurance Company ("Defendants") respectfully submit this stipulation and proposed order to modify the Scheduling Order.

WHEREAS, Plaintiff filed his complaint in this action on February 19, 2019 (ECF 2);

WHEREAS, on February 19, 2019, the Court issued its Initial Pretrial Scheduling Order ("Scheduling Order") (ECF 4);

WHEREAS, Defendants filed their answer to the complaint on June 18, 2019 (ECF 11);

WHEREAS, under the terms of the Court's Scheduling Order, the deadlines in this case are calculated based on the date the answer was filed;

WHEREAS, the initial deadlines in this case were as follows:

| | |
|---|---|
| Fact Discovery Cut Off: | February 13, 2020 |
| Expert Disclosures (60 days after discovery cut off): | April 13, 2020 |
| Rebuttal Expert Disclosures (30 days after expert disclosures): | May 13, 2020 |
| Deadline to Inform Court of no Dispositive Motions (120 days after close of discovery): | June 12, 2020 |
| Deadline to file Dispositive Motions (180 days after close of discovery): | August 11, 2020 |

WHEREAS, due the trial calendars of counsel for Plaintiff and Defendants, and the location and availability of witness, including out of state witnesses, the parties did not believe they would be able to complete all depositions in the case by February 13, 2020 and so on January 21, 2020, they stipulated to modify the scheduling order (ECF 14);

WHEREAS, on January 22, 2020, the Court granted the stipulation and modified the case schedule (ECF 15.);

WHEREAS, after the Court's order modifying the scheduling order was entered, on March 16, 2020, six San Francisco Bay Area Counties issued a shelter in place order  (the "COVID Order") that

**JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**

was later extended to the entire state of California by Governor Gavin Newsom on March 19, 2020 for an indefinite duration due to the coronavirus pandemic;

WHEREAS, the coronavirus pandemic and COVID Order, which requires all Californians to stay in their homes with limited exceptions, impeded the parties' ability to conduct discovery including scheduling and taking depositions and performing a site inspection of Plaintiff's property, so the parties requested a further modification of the schedule order;

WHEREAS, on April 3, 2020, the parties further stipulated to modify the scheduling order in light of the uncertainties caused by the pandemic and the COVID order (ECF 16.);

WHEREAS, on April 6, 2020, the Court granted the stipulation and ordered the case schedule to be again modified (ECF 17.);

WHEREAS, the coronavirus pandemic continued to persist and spike in the State of California, resulting in continuing shut down orders across the state that impeded the parties' efforts to complete discovery, including conducting a site inspection of Plaintiff's property and depositions;

WHEREAS, due to the inability to conduct a site inspection of Plaintiff's property, the parties again stipulated to extend the discovery deadlines in this action on August 17, 2020 (ECF 17.);

WHEREAS, on August 18, 2020, the Court granted the parties' stipulation and modified the case schedule.

WHEREAS, the parties were able to complete the site inspection of Plaintiff's property and additional discovery and wished to engage in alternative dispute resolution prior to completing the remaining discovery in this case, which was not possible prior to completing the site inspection of Plaintiff's property, which had been repeatedly delayed due to the coronavirus pandemic;

WHEREAS, the parties believed that extending the discovery deadlines in the case would allow for sufficient time to explore alternative dispute resolution and so entered into a stipulation to continue the dates on the Court's schedule on December 2, 2020 (ECF 20);

WHEREAS, on December 3, 2020, the Court granted the parties' stipulation and modified the case schedule as follows:

Fact Discovery Cut Off:                              February 8, 2021

**JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**

| | |
|---|---|
| Expert Disclosures (60 days after discovery cut off): | April 9, 2021 |
| Rebuttal Expert Disclosures (30 days after expert disclosures): | May 10, 2021 |
| Deadline to Inform Court of no Dispositive Motions (120 days after close of discovery): | June 8, 2021 |
| Deadline to file Dispositive Motions (180 days after close of discovery): | August 9, 2021 |

WHEREAS, the holiday season, the schedules of counsel and the continuing coronavirus pandemic affected the parties' ability to meaningfully engage in alternative dispute resolution;

WHEREAS, the parties agree that extending the discovery deadlines in this case would allow sufficient time to continue resolution discussions without incurring the remaining discovery costs, which the parties believe may increase the prospects for resolution;

WHEREAS, extending the discovery deadlines in this case by 60 days will allow sufficient time to continue discussions regarding resolution and complete discovery;

WHEREAS, extending the discovery deadlines in this case would not impact any hearing dates set by the Court, but would impact other dates set by the Court, including the deadline to file dispositive motions;

WHEREAS, good cause exists to modify the scheduling order because judicial economy would be served by allowing the parties sufficient time to continue discussions regarding possible resolution and complete discovery;

THEREFORE, the parties, by and through their respective counsel of record, agree and stipulate to modify the scheduling order as follows:

| | |
|---|---|
| Fact Discovery Cut Off: | April 9, 2021 |
| Expert Disclosures (60 days after discovery cut off): | June 8, 2021 |
| Rebuttal Expert Disclosures (30 days after expert disclosures): | July 8, 2021 |

**JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**

| | |
|---|---|
| Deadline to Inform Court of no Dispositive Motions (120 days after close of discovery): | August 6, 2021 |
| Deadline to file Dispositive Motions (180 days after close of discovery): | October 6, 2021 |

IT IS SO STIPULATED.

DATED:  January 7, 2021                           KERLEY SCHAFFER LLP


By: /s/ Christopher Carling
        EDWARD KERLEY
        DYLAN SCHAFFER
        CHRISTOPHER CARLING

Attorneys for Plaintiff ALLEN LINK


DATED: January 7, 2021                           MAYNARD COOPER & GALE LLP


By: /s/ Norman Lau
        NICHOLAS J. BOOS
        NORMAN LAU

Attorneys for Defendants SAFECO
INSURANCE COMPANY OF AMERICA
and LIBERTY MUTUAL INSURANCE
COMPANY


Pursuant to Stipulation, and good cause appearing, IT IS ORDERED that the scheduling order in this case be modified as follows:

| | |
|---|---|
| Fact Discovery Cut Off: | April 9, 2021 |
| Expert Disclosures (60 days after discovery cut off): | June 8, 2021 |
| Rebuttal Expert Disclosures (30 days after expert disclosures): | July 8, 2021 |
| Deadline to Inform Court of no Dispositive Motions (120 days after close of discovery): | August 6, 2021 |

**JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**

Deadline to file Dispositive Motions (180          October 6, 2021

days after close of discovery):

DATED: January 7, 2021

_____

Troy L. Nunley
United States District Judge

6

**JOINT STIPULATION AND ORDER MODIFYING SCHEDULING ORDER**